**O**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VICTOR ROMAN GARCIA, | CASE NO. CV 13-06431 PSG (RZ) |
| Petitioner, | |
| vs. | JUDGMENT |
| FREDERICK FOULK, WARDEN, | |
| Respondent. | |

This matter came before the Court on the Petition of VICTOR ROMAN GARCIA, for a writ of habeas corpus. Having reviewed the Petition and supporting papers, and having accepted the findings and recommendation of the United States Magistrate Judge,

IT IS ORDERED AND ADJUDGED that the Petition is denied and the action is dismissed with prejudice.

DATED: August 13, 2014

PHILIP S. GUTIERREZ
UNITED STATES DISTRICT JUDGE